**JUSTICE FOR WORKERS, P.C.**
YOUNG K. PARK, SB# 287589
E-Mail: young@justiceforworkers.com
9575 Bolsa Avenue
Westminster, California 92683
Ph: 323.922.2000

*Attorneys for Plaintiff Richard Jackson*

**WORKRIGHT LAW, APC.**
ASH BHARGAVA, SB# 265508
E-Mail: ash@workrightlaw.com
3925 Tipperary Court
Yorba Linda, California 92886
Ph: 562.720.8803

*Attorneys for Plaintiff Richard Jackson*

**O'HAGAN MEYER**
DEREK S. SACHS, SB# 253990
E-Mail: DSachs@ohaganmeyer.com
1201 K Street, Suite 1960
Sacramento, California 95814
Ph: 916.884.0751

*Attorneys for Defendant Pinnacle Live, LLC*

O'HAGAN MEYER ATTORNEYS & ADVISORS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD JACKSON, an individual,

Plaintiff,

vs.

PINNACLE LIVE, LLC, a Delaware limited liability company; and DOES 1 through 50,

Defendants.

Case No. 2:25-cv-03392-DJC-JDP

**JOINT STIPULATION TO HAVE JUDGE JEREMY D. PETERSON HEAR PARTIES' SETTLEMENT CONFERENCE**

Action Filed: October 21, 2025
Trial Date: TBD

Richard Jackson ("Plaintiff") and Pinnacle Live, LLC ("Defendant") (the parties shall be collectively be referred to herein as the "Parties"), do hereby stipulate and agree as follows:

WHEREAS, Pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 16, a magistrate judge may conduct settlement conferences and other pretrial proceedings upon referral by the district court;

WHEREAS, this matter is currently assigned to the Honorable Daniel J. Calabretta, United States District Judge;

WHEREAS, the parties have engaged in settlement discussions and believe that a settlement conference conducted by a United States Magistrate Judge would facilitate resolution of this dispute;

WHEREAS, the parties jointly request that United States Magistrate Judge Peterson be assigned to conduct the settlement conference in this matter;

WHEREAS, the Parties consent to the referral of this matter to Magistrate Judge Peterson for the limited purpose of conducting a settlement conference; and

WHEREAS, the parties believe that a settlement conference will promote judicial economy and potentially avoid the need for further litigation.

NOW, THEREFORE, the parties jointly stipulate and agree:

1. The Court is respectfully requested to enter the proposed order attached hereto, referring this matter to United States Magistrate Judge Peterson for the purpose of conducting a settlement conference.

DATED: July 21, 2026

**O'HAGAN MEYER**

By: *\/s/ Derek Sachs*
Derek S. Sachs
Attorney for Defendant Pinnacle Live, LLC.

DATED: July 21, 2026

**JUSTICE FOR WORKERS, P.C.**

By: */s/ Young K Park*
Young K. Park
Attorney for Plaintiff Richard Jackson

DATED: July 21, 2026

**WORKRIGHT LAW, APC.**

By: */s/ Ash Bhargava*
Ash Bhargava
Attorney for Plaintiff Richard Jackson

O'HAGAN MEYER ATTORNEYS & ADVISORS

**ORDER**

Having considered the Stipulation entered into between the Parties, and for good cause appearing therefor, the Stipulation is approved and the Court orders as follows:

1. **IT IS HEREBY ORDERED** that this matter is referred to United States Magistrate Judge Peterson for a settlement conference.
2. **IT IS FURTHER ORDERED** that Magistrate Judge Peterson shall schedule and conduct the settlement conference at a mutually convenient time for the Court and the Parties.
3. **IT IS FURTHER ORDERED** that all Parties and/or representatives with full settlement authority shall attend the settlement conference, as directed by Magistrate Judge Peterson.
4. **IT IS FURTHER ORDERED** that the settlement conference shall be conducted in accordance with such procedures and requirements as may be set by Magistrate Judge Peterson

**IT IS SO ORDERED.**

Dated: July 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE